127 A.3d 1287

Raymond WILLIAMS, Petitioner

v.

The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 123 EM 2015.

Supreme Court of Pennsylvania.

Dec. 2, 2015.

## *ORDER*

PER CURIAM.

AND NOW, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending petition within 90 days.